UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARED MATTHEW BARDEN,

Plaintiff,

v.

ANDREW SKAAR, et al.,

Defendants.

Case No. 2:17-226 JCC-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Jared Matthew Barden, who is proceeding *pro se* and *in forma pauperis* in this civil rights action, has filed a motion to appoint counsel. Dkt. 11. For the following reasons, the Court **DENIES** the motion.

Generally, a person has no right to counsel in a civil action. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Mr. Barden states that he requires that appointment of counsel because he is indigent and

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

is unable to hire counsel on his own. Dkt. 11. This is not an extraordinary circumstance warranting the appointment of counsel. In addition, plaintiff has not shown that he is likely to prevail on the merits of his claim. Appointment of counsel is therefore not justified at this time, and the Court **DENIES** the motion (Dkt. 11).

The Clerk shall provide a copy of this Order to plaintiff and counsel for defendants.

DATED this 3rd day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge