THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED MATTHEW BARDEN, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW J. SKAAR, *et al.*, <br><br> Defendants. | CASE NO. C17-0226-JCC <br><br> ORDER |

This matter comes before the Court on Defendants' motion for summary judgment (Dkt. No. 21). The Court, having reviewed the report and recommendation of the Honorable Brian A. Tsuchida (Dkt. No. 26) and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) This action is DISMISSED with prejudice and without leave to amend.

(3) The Clerk is DIRECTED to send copies of this order to all parties.

DATED this 17th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0226-JCC
PAGE - 1